IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HOLLIE HOBELMAN,           )<br>                            )<br>        Plaintiff,         )<br>                            )<br>v.                          )<br>                            )<br>SIGNATURE POINTE ON THE LAKE, )<br>                            )<br>        Defendant.         )   Civil Action No. 3:19-CV-3066-C-BN | |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Plaintiff's complaint should be dismissed for failure to state a claim without prejudice subject to Plaintiff filing an amended complaint. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is hereby **DISMISSED WITHOUT PREJUDICE**, subject to the following condition. This dismissal shall be held in abeyance for twenty-one (21) days from the date of this Order to allow Plaintiff an opportunity to file an amended complaint. In the event Plaintiff's amended complaint is not docketed within

twenty-one (21) days, the Clerk of Court will be instructed to dismiss this civil action.

SO ORDERED this 26th day of May, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE